33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099
www.selmanlaw.com

Rebekah Shapiro
415.979.2016
rshapiro@selmanlaw.com

May 27, 2016

**<u>Via CM/ECF</u>**

Magistrate Judge Joseph C. Spero
U.S.D.C. Northern District of California
450 Golden Gate Avenue
Courtroom G- 15th Floor
San Francisco, CA 94102

Re: *Scottsdale Insurance Company v. Nasir Patel, et al.*
Court & Case No. : United States District Court - Northern District of California, Case No. 3:16-CV-00827-JCP
Our File No. : 380.39539

Dear Judge Spero:

We represent Plaintiff Scottsdale Insurance Company (hereinafter "Scottsdale") in the above-entitled case. Pursuant to Local Rule 16-10(a), we respectfully request that you excuse lead trial counsel from attendance at the Case Management Conference scheduled for Friday, June 10, 2016, at 2:00p.m..

Lead trial counsel, Linda Wendell Hsu, is unavailable that week due to a pre-planned vacation. I am available to attend. I am familiar with the details of the case and, if this request is approved, will attend the Case Management Conference with full authority to commit to dates set by the Court.

In the alternative, we request that the Court continue the Case Management Conference to allow Ms. Hsu to attend. Recognizing that the Court holds Case Management Conferences on Fridays, we can put forth the following dates for a continued Case Management Conference: June 17, 2016, July 1, 2016, July 8, 2016, July 29, 2016, August 5, 2016 or August 12, 2016.

Very truly yours,

REBEKAH SHAPIRO

RS:

Dated: May 31, 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero